## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LENORA J. BLANTON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 07-0254-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $4,662.31 under the Equal Access to Justice Act, 28 U.S.C. § 2412, representing compensation for 28.2 hours of service by Rose A. McPhillips, Esquire, at the cost-of-living adjusted rate of $165.33 an hour.

**DONE** this the 25th day of January, 2008.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**